

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID E. WOOD, | § | No. 08-20-00108-CR |
| Appellant, | § | Appeal from the |
| v. | § | 358th District Court |
| THE STATE OF TEXAS, | § | of Ector County, Texas |
| Appellee. | § | (TC# D-17-1993-CR) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in a portion of the trial court's judgment. We therefore modify the trial court's judgment to (1) strike the $260 in restitution to the Ector County Adult Probation Department, and (2) reduce the amount of court costs from $815 to $765 to reflect the deduction of the improperly assessed $50 Crime Stoppers fee. As modified, the judgment of the trial court is affirmed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF DECEMBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.